IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOLANDA LAVELL KAISER, | ) | |
| ID # 32626-177, | ) | |
| Petitioner, | ) | No. 3:20-CV-1549-M-BH |
| vs. | ) | No. 3:15-CR-42-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241* is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

A certificate of appealability (COA) is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).  If the petitioner files a notice of appeal, she must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SIGNED** this 9th day of September, 2020.

*Barbara M.G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE